1  MICHAEL BARNES (Bar No. 121314)
   ANDREA HALL (Bar No. 317491)
2  DENTONS US LLP
   One Market Plaza, Spear Tower, 24th Floor
3  San Francisco, California  94105
   Telephone:    (415) 267-4000
4  Facsimile:    (415) 267-4198
   Email:        michael.barnes@dentons.com
5                andrea.hall@dentons.com

6  Attorneys for Cross-Claimant
   ALLSTATE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                SACRAMENTO DIVISION

11 SELECT PORTFOLIO SERVICING, INC.,        Case No. 2:20-CV-01083-TLN-DMC

12            Plaintiff,                     ORDER ON MOTION TO SUBSTITUTE
                                             PILOT CATASTROPHE SERVICES INC. IN
13     v.                                    PLACE OF ALLSTATE INSURANCE
                                             COMPANY AS CROSS-CLAIMANT
14 ALLSTATE INSURANCE COMPANY and
   VICTORIA MANUEL, also known as           Date:   April 29, 2021
15 VICTORIA GENE MANUEL, and DOES 1-        Time:   2:00 p.m.
   10, inclusive,                           Place:  Courtroom 2
16
              Defendants.
17

18 ALLSTATE INSURANCE COMPANY,

19            Cross-claimant,

20     v.

21 VICTORIA MANUEL, also known as
   VICTORIA GENE MANUEL,
22
              Cross-defendant.
23

24

25         Based on the motion to substitute Pilot Catastrophe Services Inc. in place of Allstate

26 Insurance Company as cross-claimant, and good cause appearing therefor, the Court GRANTS

27 the motion as follows:

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105
(415) 267-4000

1        1.      Pilot Catastrophe Services Inc. shall be substituted for Allstate Insurance Company

2   in this action as the cross-claimant;

3        2.      Allstate Insurance Company shall be removed as the cross-claimant;

4        3.      Any pleadings filed hereafter in this action shall be filed under the following

5   caption:

6

7   | SELECT PORTFOLIO SERVICING, INC., | Case No. 2:20-CV-01083-TLN-DMC |
8   |                                    |                                |

Plaintiff,

9        v.

10  ALLSTATE INSURANCE COMPANY
11  and VICTORIA MANUEL, also known as
    VICTORIA GENE MANUEL, and DOES
12  1-10, inclusive,

13              Defendants.

14  PILOT CATASTROPHE SERVICES
    INC.,
15
                Cross-claimant,
16
17       v.

18  VICTORIA MANUEL, also known as
    VICTORIA GENE MANUEL,
19
                Cross-defendant.
20

21  **IT IS SO ORDERED**.

22

23  Dated:  April 5, 2021

24                                          _____
                                            Troy L. Nunley
25                                          United States District Judge

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000