**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PILOT CATASTROPHE SERVICES, INC., <br><br> Cross-Claimant, <br><br> v. <br><br> VICTORIA MANUEL, also known as VICTORIA GENE MANUEL, <br><br> Cross-Defendant. | No. 2:20-CV-1083-TLN-DMC-P <br><br><br> ORDER |

This matter is before the Court in this civil action on Pilot Catastrophe Services, Inc.'s (Pilot) motion for default judgment on its crossclaim against Victoria Manuel. See ECF Nos. 9, 21, 27. Manuel has not filed any response to any submission in this action. Pilot has accordingly moved for entry of default judgment against Manuel. See ECF No. 27. The Court held a hearing on the motion in Redding, California, on June 16, 2021. See ECF No. 28.

The Court indicated on the record that Pilot had satisfied the factors favoring entry of default judgment. See Eitel v. McCool, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Other than the allegations in pleadings and a declaration from Pilot's General Counsel, however, the Court lacked evidence establishing the amount of damages at issue. See, e.g., ECF Nos. 1, 9, 27, 27-1. Pilot seeks default judgment in the amount of $112,806. E.g., ECF No. 27 at 3. The Court informed Pilot's counsel that the Court, subject to additional proof of damages, was inclined to recommend that the

1

District Court grant the motion for entry of default. Counsel informed the Court that ten (10) days would be sufficient for Pilot to collect and submit documentation evincing the requested damages. The Court granted those ten (10) days at the hearing. This order confirms that grant of time.

Accordingly, Cross-claimant, Pilot Catastrophe Services, Inc., shall submit additional documentation supporting its request for $112,806 in damages within ten (10) days of the date of this order.

IT IS SO ORDERED.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE