IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILOT CATASTROPHE SERVICES, INC. | No. 2:20-cv-01083-TLN-DMC |
| Cross-Claimant, | |
| v. | **ORDER** |
| VICTORIA MANUEL also known as Victoria Gene Manuel, | |
| Cross-Defendant. | |

Cross-Claimant, proceeding with retained counsel, brings this civil cross-action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 20, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 33.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2021, (ECF No. 33), are adopted in full;

2. Cross-Claimant's motion for default judgment, (ECF No. 27), is granted;

3. Cross-Claimant is awarded $110,943.57 in damages; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Date: November 2, 2021

Troy L. Nunley
United States District Judge