UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pilot Catastrophe Services, Inc. , <br><br> Cross-Claimant, <br><br> v. <br><br> Victoria Manuel, <br><br> Cross-Defendant. | Case No.  2:20-cv-1083 TLN DMC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against cross-defendant:

Victoria Manuel aka Victoria Gene Manuel in the amount of $110,943.57.

November 03, 2021                                             KEITH HOLLAND, CLERK

                                                                                  By: /s/  A. Benson, Deputy Clerk